```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 03 B 49320
   RICHARD A HUDZIAK
   DEBORAH HUDZIAK                            CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
             Debtor
   SSN XXX-XX-6617     SSN XXX-XX-3101

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/05/2003 and was confirmed 03/11/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   22.00%.

     The case was paid in full 09/17/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                               PAID            PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC     CURRENT MORTG          .00             .00             .00
GMAC MORTGAGE              CURRENT MORTG          .00             .00             .00
VISTA FEDERAL CREDIT UNI   SECURED            11000.00          791.47        11000.00
VISTA FEDERAL CREDIT UNI   UNSECURED         NOT FILED             .00             .00
AMERICAN EXPRESS TRAVEL    UNSECURED           3954.60             .00          870.01
BANK OF AMERICA            UNSECURED          16855.32             .00         3708.17
ROUNDUP FUNDING LLC        UNSECURED          10327.76             .00         2272.11
ROUNDUP FUNDING LLC        UNSECURED           5107.17             .00         1123.58
ECAST SETTLEMENT CORP      UNSECURED           3131.16             .00          688.86
CAPITAL ONE BANK           UNSECURED          12026.82             .00         2645.90
CARSON PIRIE SCOTT         UNSECURED            588.59             .00          129.49
ECAST SETTLEMENT CORP      UNSECURED           9790.25             .00         2153.86
ECAST SETTLEMENT CORP      UNSECURED           2428.10             .00          534.18
CITIBANK NA                UNSECURED         NOT FILED             .00             .00
DISCOVER FINANCIAL SERVI   UNSECURED           2954.69             .00          650.03
ROUNDUP FUNDING LLC        UNSECURED           6032.57             .00         1327.17
DISNEY CARD                UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED           2205.03             .00          485.11
ROUNDUP FUNDING LLC        UNSECURED           3520.55             .00          774.52
HARRIS BANK CARD SERV      UNSECURED         NOT FILED             .00             .00
HOME DEPOT                 UNSECURED         NOT FILED             .00             .00
ECAST SETTLEMENT CORP      UNSECURED           1563.58             .00          343.99
RETAILERS NATIONAL BANK    UNSECURED            262.32             .00           57.71
ECAST SETTLEMENT CORP      UNSECURED          33153.14             .00         7293.69
MENARDS                    UNSECURED         NOT FILED             .00             .00
NEXTCARD                   UNSECURED           3775.49             .00          830.61
CITIBANK NA                UNSECURED         NOT FILED             .00             .00
PLATINUM PLUS              UNSECURED         NOT FILED             .00             .00
PROVIDENT BANK             UNSECURED         NOT FILED             .00             .00
SAMS CLUB                  UNSECURED         NOT FILED             .00             .00
SHERMAN ACQUISITION        UNSECURED            815.16             .00          179.34
TARGET                     UNSECURED         NOT FILED             .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 03 B 49320 RICHARD A HUDZIAK & DEBORAH HUDZIAK
```

```
VISTA FEDERAL CREDIT UNI  UNSECURED          8594.30            .00       1890.75
ECAST SETTLEMENT CORP     UNSECURED           641.82            .00        141.20
RESURGENT ACQUISITION LL  UNSECURED         16196.11            .00       3563.14
PORTFOLIO RECOVERY ASSOC  UNSECURED         11079.65            .00       2437.52
ECAST SETTLEMENT CORP     UNSECURED          1316.27            .00        289.58
ECAST SETTLEMENT CORP     UNSECURED          6935.18            .00       1525.74
ECAST SETTLEMENT CORP     UNSECURED          2958.35            .00        650.84
BANK OF AMERICA           UNSECURED         10951.30            .00       2409.29
SILVERLEAF RESORT INC     UNSECURED        NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          1095.77            .00        241.07
CAPITAL ONE BANK          UNSECURED          1966.60            .00        432.65
MGM LAW OFFICES           ATTORNEY          1900.00             .00       1900.00
DEBRA J VORHIES LEVINE    DEBTOR ATTY           .00                            .00
TOM VAUGHN                TRUSTEE                                         3,305.25
DEBTOR REFUND             REFUND                                              4.17

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  56,651.00

PRIORITY                                              .00
SECURED                                         11,000.00
     INTEREST                                      791.47
UNSECURED                                       39,650.11
ADMINISTRATIVE                                   1,900.00
TRUSTEE COMPENSATION                             3,305.25
DEBTOR REFUND                                        4.17
                         ---------------        ---------------
TOTALS                   56,651.00              56,651.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 12/22/08                     /s/ Tom Vaughn
                                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                    PAGE   2
    CASE NO. 03 B 49320 RICHARD A HUDZIAK & DEBORAH HUDZIAK